**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEVIN RAY PEARCY, PLAINTIFF
ADC # 146408

v. No. 5:14CV00348-JLH-JJV

JULIA PARTAIN, Licensed Certified
Social Worker, Varner Unit, ADC DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 4th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE